**MISC 18-1257**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAY 04 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In the Matter of the Appointment of

Richard P. Donoghue

As United States Attorney

----------------------------------------------------------x

**ORDER OF APPOINTMENT**

**IRIZARRY, CH.J.**

Pursuant to Title 28, United States Code, Section 546(d), Richard P. Donoghue is appointed as the United States Attorney for the Eastern District of New York, effective May 5, 2018.

SO ORDERED.

Dated: Brooklyn, New York
       May 1, 2018

S/ Dora L. Irizarry
_____
Dora L. Irizarry
Chief Judge